IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DARNELL MILLER,<br><br>    Defendant. | CASE NO.: 4:20-cr-79 |

# **O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 22.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Darnell Miller and DIRECTS the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 22nd day of October, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA